Dismissed and Memorandum Opinion filed December 6, 2007








Dismissed
and Memorandum Opinion filed December 6, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00529-CV

____________

 

MAVIS BREWSTER, INDIVIDUAL D/B/A PRECISE HOME HEALTH,
INC., Appellant

 

V.

 

9555 WEST BELT, L.P., Appellee

 



 

On Appeal from the
280th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-22146

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 27, 2007.  On November 26, 2007, appellant
filed a motion to dismiss the appeal because she no longer desires to pursue
the appeal.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM








Judgment rendered and Memorandum Opinion filed
December 6, 2007.

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.